**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

**IN RE:** :
:
**JACKIE LANETTE BAKER,** :
:
**Debtor.** :

---

**JACKIE L. BAKER,** :
:
**Appellant,** : **BANKRUPTCY APPEAL**
:
**v.** : **CASE NO. 5:26-CV-298 (CAR)**
:
:
**CAMILLE HOPE, TRUSTEE,** :
:
**Appellee.** :
:

**ORDER**

On July 20, 2026, *pro se* Appellant Jackie L. Baker filed with the Bankruptcy Court a Notice of Appeal, appealing the Bankruptcy Court's order "denying Appellant's motion to vacate the dismissal of the Chapter 13 case[,]" which was entered on July 16, 2026.[1] Under Rule 8003(a)(3)(C) of the Federal Rules of Bankruptcy Procedure, "[a] notice of appeal must[] . . . be accompanied by the prescribed filing fee" when filed with the

[1] Doc. 1 at 2-3.

Bankruptcy Clerk.[2] But, to date, Appellant has failed to pay the required $298.00 appeal filing fee. If Appellant wishes to proceed with her appeal, she is **DIRECTED** to pay the required $298.00 filing fee to the Bankruptcy Clerk or, if she cannot pay, to file a motion to proceed *in forma pauperis* on appeal in the Bankruptcy Court. If Appellant fails to do so **within fourteen (14) days** from this Order's date, the Court will dismiss this appeal.[3]

**SO ORDERED,** this 3rd day of August, 2026.

S/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

[2] Fed. R. Bankr. P. 8003(a)(3)(C); *see also* Fed. R. Bankr. P. 8002(a)(1) ("[A] notice of appeal must be filed with the bankruptcy clerk within 14 days after the judgment, order, or decree to be appealed is entered.").

[3] Fed. R. Bankr. P. 8003(a)(2) ("An appellant's failure to take any step other than timely filing a notice of appeal . . . is ground . . . for the district court . . . to act as it considers appropriate, including dismissing the appeal.").